**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**March 4, 2009**

Mr. Austin Porter, Jr.
Attorney at Law
323 Center Street
Suite 1300
Little Rock , AR 72201

      Re: *Fuller v. Fiber Glass Systems LP*, 4:07-CV-01120-WRW

Dear Counsel:

I have received Defendant's Motion for Summary Judgment (Doc. No. 20), which was filed on February 17, 2009, and it appears to be well taken.

I assume that since you have not filed a response,[1] you agree with Defendant's position. If you choose not to respond by noon on <u>Wednesday, March 11, 2009</u>, I will grant the motion.

                Cordially,

                /s/ Wm. R.Wilson, Jr.

Original to the Clerk of the Court
cc:    Other Counsel of Record

---

[1] The response was due on Tuesday, March 3, 2009.