UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**April 13, 2009**

Mr. Austin Porter, Jr.
Attorney at Law
323 Center Street
Suite 1300
Little Rock, AR 72201

Mr. Christopher E. Moore
Mr. Christine M. White
Coats Rose - New Orleans
400 Poydras Street
Suite 1400
New Orleans, LA 70130

Re: *Fuller v. Fiber Glass Systems LP*, 4:07-CV-01120-WRW

Dear Counsel:

The trial will be bifurcated. If the jury returns a verdict for Plaintiff in the first stage, then I will determine whether it will be submitted on punitive damages. If decide to submit it on punitive damages, I will give the standard AMI instruction, and I will allow short closing arguments on the issue.

The parties may conduct a short *voir dire* on punitive damages, or, if you prefer, I will do it during my *voir dire*.

Whether I do the *voir dire* on punitive damages, or the lawyers do it, it should be brief. You should ask prospective jurors that if they are asked to consider punitive damages, if they have strong feelings about punitive damages -- for or against.

I will address the remaining pretrial issues by letter this afternoon or in the morning when we take up matters before we call the jurors up.

Defendants' Motion to Bifurcate Issue of Punitive Damages (Doc. No. 72) is GRANTED.

Cordially,

/s/ Wm. R.Wilson, Jr.

Original to the Clerk of the Court