IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CAROL L. FULLER**                                                                              **PLAINTIFF**

v.                                          **4:07-CV-01120-WRW**

**FIBER GLASS SYSTEMS, LP**                                                      **DEFENDANT**

## ORDER

When I rule with the jury present, counsel are to be poker faced.

If the jury is out you may make short term mild faces of disagreement, incredulity, etc. -- although such faces are not recommended by most trial lawyers (setting judicial opinion on this issue aside).

IT IS SO ORDERED this 21st day of April, 2009.


/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE