**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**CAROL L. FULLER**                                                                    **PLAINTIFF**

**v.**                                       **4:07-CV-01120-WRW**

**FIBER GLASS SYSTEMS, LP**                                      **DEFENDANT**

**ORDER**

    Attached is a copy of re-worked jury instructions.

    1. Defendant's previous objection to what is now the second paragraph of Instruction No. 4 is again overruled. Plaintiff's objection to this same paragraph is also again overruled.

    2. I have decided to go with "motivating factor" (Instruction No. 5). Defendant's objection is again overruled, and it's motion to use "determining factor" is DENIED. Defendant's request that special interrogatories be used with this issue is DENIED.

    IT IS SO ORDERED this 21st day of April, 2009.

                                                  /s/ Wm. R. Wilson, Jr.
                                                UNITED STATES DISTRICT JUDGE