```
            IN THE UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF ARKANSAS
                      WESTERN DIVISION


CAROL FULLER                                            PLAINTIFF

      vs                    4:07CV01120-WRW

FIBER GLASS SYSTEMS, LP                                 DEFENDANTS
```

ORDER

The trial of this case concluded on April 21, 2009. I am now ordering the parties to a mandatory Settlement Conference before Magistrate Judge H. David Young. The parties will be contacted by Judge Young's Courtroom Deputy, Lorna Jones, for the setting of the Settlement Conference at the Court's earliest convenience.

IT IS SO ORDERED this 23rd day of April, 2009.

```
                              /s/ Wm. R.Wilson,Jr.
                        UNITED STATES DISTRICT JUDGE
```

ordrefer.settleconf