UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**April 28, 2009**

Mr. Chris Moore
Ms. Christine White
Coats Rose - New Orleans
400 Poydras Street, Suite 1400
New Orleans, LA 70130

Re: *Fuller v. Fiber Glass Systems LP*, 4:07-CV-01120-WRW

Dear Counsel:

In paragraph 5 of your motion (Doc. No. 95), you quote a statement made by Juror No. 11 when the verdicts were returned to the courtroom. In the next paragraph, paragraph 6, you state that "Defendant seeks to interview the jurors regarding this and other topics."

I believe Federal Rule of Evidence 606(b) clearly excludes any information that might be gained from questioning jurors about the statement.

Unless you can cite me convincing, specific authority to the contrary by 5:00 p.m. on Tuesday, May 5, 2009, your motion will be denied.

Cordially,

/s/ Wm. R. Wilson, Jr.

Original to the Clerk of the Court
cc: Other Counsel of Record