IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CAROL L. FULLER                                                                                    PLAINTIFF

vs.                                              4:07CV01120-WRW

FIBER GLASS SYSTEMS, LP                                                              DEFENDANT

JUDGMENT ON JURY VERDICT

This action came on for trial April 14, 2009, before the Court and a jury, the Honorable William R. Wilson, Jr., United States District Judge, presiding.  The issues having been duly tried, and after deliberating thereon, the jury returned a verdict on April 21, 2009.  Now, based on that verdict,

The jury found for the defendant, Fiber Glass Systems, LP, on the race discrimination claim (Verdict Form #1).  The jury found for the plaintiff, Carol Fuller on the race harassment claim by a supervisor (Verdict Form #2) and the race harassment claim by a non-supervisor (Verdict Form #3).

Therefore, judgment is entered in favor of the plaintiff, Carol Fuller, in the amount of Thirty-five Thousand and No/100 dollars ($35,000.00) on the race harassment claim by a supervisor and judgment is entered in favor of the plaintiff, Carol Fuller, in the amount of Thirty Thousand and No/100 dollars ($30,000.00) on the race harassment claim by a non-supervisor.  Judgment is entered for a total of Sixty-five Thousand and No/100 dollars ($65,000.00) plus post-judgment interest at the rate of 0.55% per annum until paid.

The jury was then instructed and deliberated on the issue of punitive damages.  After deliberating on the punitive damages issue the jury announced to the Court that they were

deadlocked. The Court declared a mistrial on the punitive damages issue and the jury was released.

The punitive damages issue will be set on the Court's calendar for retrial beginning Tuesday, June 23, 2009 at 9:30 a.m.

IT IS SO ORDERED this 21st day of May, 2009.

/s/Wm. R. Wilson, Jr.<br>
UNITED STATES DISTRICT JUDGE

judgmentjuryverdict.wpd