**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**May 26, 2009**

Mr. Chris Moore
Ms. Christine White
Coats Rose - New Orleans
400 Poydras Street, Suite 1400
New Orleans, LA 70130

Mr. E. B. Chiles, IV
Quattlebaum, Grooms, Tull & Burrow PLLC - Little Rock
111 Center Street, Suite 1900
Little Rock, AR 72201-3325

       Re: *Fuller v. Fiber Glass Systems LP*, 4:07-CV-01120-WRW

Dear Counsel:

My memory is a little hazy with respect to your client's racial harassment policy. I am aware of your client's definition of discrimination, but did the evidence reveal that your client had a zero tolerance racial harassment policy?

In other words, please refresh my memory.

Opposing can also attempt to refresh my memory if he thinks your refreshing effort is not sufficient.

Please let me hear from you by 5:00 p.m. this Friday, May 29, 2009. Mr. Porter should reply, if he wishes to do so, by 5:00 p.m. on Tuesday, June 2, 2009.

                              Cordially,

                              /s/ Wm. R.Wilson, Jr.

Original to the Clerk of the Court
cc:    Other Counsel of Record