**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

CAROL L. FULLER                                                                      PLAINTIFF

v.                                             4:07-CV-01120-WRW

FIBER GLASS SYSTEMS, LP                                                  DEFENDANT

<u>ORDER</u>

Pending is Defendant's Renewed Motion for Judgment as a Matter of Law (Doc. No. 101). Plaintiff has responded,[1] and both parties have replied.[2]

While *Dominic v. DeVilbiss Air Power Company*[3] is similar in some respects to the case at bar, I believe it is distinguishable in three ways. First, while it appears that Mr. Stockman performed a reasonably good in-house investigation, there was no outside, detached employment law expert to evaluate all the facts and circumstances involved. Second, I am not satisfied that Defendant's racial harassment policy at the time of Plaintiff's employment was "zero-tolerance." Plaintiff contends that Defendant's policy is more reactive -- a wait and see approach -- as opposed to the defendant's proactive and preventive method in *Dominic*.[4] I agree. Besides, Defendant concedes that its policy does not contain the phrase "zero-tolerance."[5] And third, I don't recall that the evidence revealed that Defendant limited the direct contact with the supervisor who, according to Plaintiff, took no action on her complaints.

---

[1]Doc. No. 109.

[2]Doc. Nos. 115, 116.

[3]493 F.3d 968 (8th Cir. 2007).

[4]*Id.*

[5]Doc. No. 115 ("Defendant's policies do not contain the phrase 'zero tolerance.'").

1

Additionally, I note that defense counsel cites no authority for its argument that Juror No. 11's statement "demonstrates that no reasonable jury could conclude punitive damages should be assessed against FGS,"[6] and I doubt that there is any. I'm satisfied that Judge Deere's response to defense counsel's request to interrogate the juror was proper, and I see this as no reason to remove punitive damages from a jury's consideration. Accordingly, Defendant's Renewed Motion for Judgment as a Matter of Law is DENIED.

IT IS SO ORDERED this 3rd day of June, 2009.


/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE

---

[6]Doc. No. 101.