**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**CAROL L. FULLER**                                                                                          **PLAINTIFF**

**v.**                                                   **4:07CV01120-WRW**

**FIBER GLASS SYSTEMS, LP**                                                                   **DEFENDANT**

## JUDGMENT ON JURY VERDICT

This action came on for trial April 14, 2009, before the Court and a jury, the Honorable William R. Wilson, Jr., United States District Judge, presiding. The issues having been duly tried, and after deliberating thereon, the jury returned a verdict on April 21, 2009. Now, based on that verdict,

The jury found for the Defendant, Fiber Glass Systems, LP, on the race discrimination claim (Verdict Form No. 1). The jury found for the Plaintiff, Carol Fuller, on the race harassment claim by a supervisor (Verdict Form No. 2) and the race harassment claim by a non-supervisor (Verdict Form No. 3).

Therefore, judgment is entered: (1) in favor of the Defendant, Fiber Glass Systems, LP, on the Plaintiff's race discrimination claim; (2) in favor of the Plaintiff, Carol Fuller, in the amount of Thirty-five Thousand and No/100 dollars ($35,000.00) on the race harassment by a supervisor claim; and (3) in favor of the Plaintiff, Carol Fuller, in the amount of Thirty Thousand and No/100 dollars ($30,000.00) on the race harassment by a non-supervisor claim. Judgment is entered for Plaintiff for a total of Sixty-five Thousand and No/100 dollars ($65,000.00) plus post-judgment interest at the rate of 0.56% per annum until paid.

IT IS SO ORDERED this 24th day of June, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE