IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CAROL L. FULLER**                                                                                    **PLAINTIFF**

v.                                                    **4:07-CV-01120-WRW**

**FIBER GLASS SYSTEMS, LP**                                                         **DEFENDANT**

## ORDER

Defendant's Renewed Motion for Judgment as a Matter of Law Pursuant to Rule 50(b) and Alternative Motion for New Trial Pursuant to Rule 59(a) (Doc. No. 133) of July 8, 2009, is DENIED.

Far as I can see, this motion contains the same points which were in a previously denied oral motion and a previously denied written motion. If this were not a family publication, I might be tempted to quote General N.B. Forrest's written response to an officer who made multiple requests for leave based on the same reasons.

IT IS SO ORDERED this 8th day of July, 2009.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE